**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**ABERDEEN DIVISION**

**BRETTON SCOTT WARD** **PLAINTIFF**

**V.** **CIVIL ACTION NO. 1:26-CV-213-GHD-DAS**

**KELBY COMER, *et al.*** **DEFENDANTS**

**ORDER**

On September 28, 2026, Plaintiff Bretton Scott Ward, proceeding *pro se*, filed a Complaint in this cause. Federal Rule of Civil Procedure 11(a) states: "[e]very pleading, written motion, and other paper must be signed by at least one attorney of record in the attorney's name—or by a party personally if the party is unrepresented." Additionally, this court's Administrative Procedures for Electronic Case Filing, Section III(D) specifies that "[a]ll pleadings filed by a pro se party must be signed with a handwritten, 'wet' signature." Ward's complaint is unsigned. Because he is proceeding *pro se*, a handwritten, "wet" signature is required.

Plaintiff has 14 days from the date of this Order to submit an amended pleading bearing his handwritten, "wet" signature. If such an amended pleading is not filed within 14 days, the undersigned will recommend the Complaint be dismissed without prejudice.

**SO ORDERED**, this the 6th day of October, 2026.

**/s/ David A. Sanders**
**U. S. Magistrate Judge**